# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Cooper Lindner, et al.

                Plaintiff,

v.                                       Case No.: 1:16−cv−07653
                                                             Honorable Robert M. Dow Jr.

Roti Restaurants, LLC

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 15, 2016:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Pursuant to the notice of dismissal [37] filed on 12/14/2016, this action is dismissed without prejudice as to Plaintiffs and without prejudice as to absent putative class members. The pending briefing schedule is stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.